NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLOVERLEAF GOLF COURSE, INC.,**
*Plaintiff-Appellant,*

v.

**FMC CORPORATION,**
*Defendant-Appellee,*

AND

**UNITED STATES,**
*Intervenor-Appellee,*

---

2012-1372

---

Appeal from the United States District Court for the Southern District of Illinois in case no. 11-CV-0190, Chief Judge David R. Herndon.

---

## ON MOTION

---

## ORDER

Cloverleaf Golf Course, Inc. moves to withdraw its appeal in view of this court's decision in *Rogers v. Tristar*, 2011-1494, -1495, and pursuant to an agreement amongst the parties.

The government objects to the caption, requesting it be listed as an intervenor.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. Appeal 2012-1372 is dismissed.*

(2) The government's objection is granted. The revised official caption is reflected above.

(3) Each party shall bear its own costs.

FOR THE COURT

JUN 2 0 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Paul A. Lesko, Esq.
    Francis DiGiovanni, Esq.
    Adam C. Jed, Esq.

s25

ISSUED AS A MANDATE:          JUN 2 0 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 0 2012

JAN HORBALY
CLERK

---

\* It is not the court's usual practice to designate a dismissal as being with or without prejudice.